UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA ESSELSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUS AI, INC., a Delaware Corporation,<br><br>Defendant. | NO. 2:24-cv-01319<br><br>**FRCP 7.1(a)(2) DIVERSITY DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff files the following disclosure:

1. Plaintiff Alicia Esselstrom is a citizen of Bellevue, King County, Washington.

2. Defendant Tempus AI, Inc. is a Delaware corporation with its principal place of business located in Chicago, Cook County, Illinois.

DATED this 23rd day of August, 2024.

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Patrick L. McGuigan*
Patrick L. McGuigan, WSBA No. 28897
**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101-1225
Telephone: (206) 838-2504
*Attorneys for Plaintiff Alicia Esselstrom*