UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA ESSELSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUS AI, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:24-cv-01319-TL<br><br>NOTICE OF APPEARANCE |

TO:  CLERK OF THE COURT

AND:  Plaintiff, by and through counsel at HKM EMPLOYMENT ATTORNEYS LLP

PLEASE TAKE NOTICE that attorney, Lauren Parris Watts of Seyfarth Shaw LLP, hereby appears in the above-captioned action as counsel of record for Defendant Tempus AI, Inc. ("Defendant"). The Defendant does not waive any objections as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorneys.

Service of further pleadings, notices, documents or other papers in this matter, exclusive of original process, may be made upon the Defendant by serving the undersigned attorneys of record at the address below.

NOTICE OF APPEARANCE - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

| | |
|---|---|
| DATED: September 9, 2024 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | By: */s/Lauren Parris Watts* |
| | Lauren Parris Watts, WSBA No. 44064 |
| | Seyfarth Shaw LLP |
| | 999 Third Avenue |
| | Suite 4700 |
| | T: (206) 946-4910 |
| | lpwatts@seyfarth.com |
| | *Attorney for Defendant Tempus AI, Inc.* |

DATED: September 9, 2024         Respectfully submitted,

                                 SEYFARTH SHAW LLP


                                 By: */s/Lauren Parris Watts*
                                     Lauren Parris Watts, WSBA No. 44064
                                     Seyfarth Shaw LLP
                                     999 Third Avenue
                                     Suite 4700
                                     T: (206) 946-4910
                                     lpwatts@seyfarth.com

                                 *Attorney for Defendant Tempus AI, Inc.*

NOTICE OF APPEARANCE - 2

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

NOTICE OF APPEARANCE - 2

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

## **CERTIFICATE OF SERVICE**

I hereby declare that on this 9th day of September, 2024, I caused a copy of foregoing to be electronically served via the King County Superior Court e-filing system on:

>Patrick L. McGuigan, WSBA #28897
>HKM Employment Attorneys LLP
>600 Stewart Street, Suite 901
>Seattle, WA 98101-1225
>T:  206-838-2504

DATED this 9th day of September, 2024.

>*s/Kenya Owens*
>Kenya Owens, Legal Secretary

NOTICE OF APPEARANCE - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910