Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA ESSELSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUS AI, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:24-cv-01319-TL<br><br>DEFENDANT TEMPUS AI, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Western District of Washington, Defendant Tempus AI, Inc. hereby states that it is a publicly-held corporation that has no parent corporation. Tempus further states that no publicly held corporation owns 10% or more of its stock.

DATED: October 2, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/Lauren Parris Watts
Lauren Parris Watts, WSBA No. 44064
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
T: (206) 946-4910
lpwatts@seyfarth.com

DEFENDANT TEMPUS AI, INC.'S CORPORATE
DISCLOSURE STATEMENT - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Grayson Moronta, Admitted Pro Hac Vice
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018-1405
T:  (212) 218-5536
gmoronta@seyfarth.com

*Attorneys for Defendant Tempus AI, Inc.*

DEFENDANT TEMPUS AI, INC.'S CORPORATE
DISCLOSURE STATEMENT - 2

## CERTIFICATE OF SERVICE

I hereby declare that on this 2nd day of October, 2024, I caused a copy of foregoing to be electronically served via the United States District Court, Western Washington's e-filing system on:

> Patrick L. McGuigan, WSBA #28897
> HKM Employment Attorneys LLP
> 600 Stewart Street, Suite 901
> Seattle, WA 98101-1225
> T:  206-838-2504

DATED this 2nd day of October, 2024.

> /s/Lauren Parris Watts
> Lauren Parris Watts, Attorney

DEFENDANT TEMPUS AI, INC.'S CORPORATE
DISCLOSURE STATEMENT - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910