The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALICIA ESSELSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUS AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01319-TL<br><br>**~~(PROPOSED)~~ ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCES OF SEYFARTH COUNSEL** |

THIS MATTER having come before the Court on a Motion for Leave to Withdraw Appearances of Seyfarth Counsel and all other pleadings and court filings, and good cause having been found, it is ORDERED that the Motion is GRANTED. The Court grants leave for Lauren Parris Watts and Grayson Moronta of Seyfarth Shaw LLP to withdraw as counsel for Defendant.

IT IS SO ORDERED this 10th day of December, 2024.

_____
Judge Tana Lin
United States District Judge

~~(PROPOSED)~~ ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW APPEARANCES OF SEYFARTH COUNSEL - 1

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

314832422v.2

1  *Presented by:*

2  SEYFARTH SHAW LLP

3

4  By:  */s/ Lauren Parris Watts*
   Lauren Parris Watts, WSBA #44064
   Grayson Moronta (admitted *pro hac vice*)
5  999 3rd Avenue, Suite 4700
   Seattle, WA 98104
6  P:  (206) 946-4970
   lpwatts@seyfarth.com
7  gmoronta@seyfarth.com

8  *Attorneys for Defendant Tempus AI Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW APPEARANCES OF SEYFARTH COUNSEL - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

314832422v.2